# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | **CIVIL ACTION** |
| NAUTILUS INSURANCE COMPANY | : | |
| v. | : | |
| DIMENSION GENERAL CONSTRUCTION LLC | : | **NO.** 24-2920 |

### Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against **DIMENSION GENERAL CONSTRUCTION LLC** for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By: _s/Vincent J. Alia_
Deputy Clerk